UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIMAR CORNEJO,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN WOFSY,<br><br>    Defendant. | Case No. 18-cv-07424-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On December 11, 2018, the Court denied Plaintiffs Jamil Malik Bey and Marimar Cornejo's motion to proceed in forma pauperis. *See* Dkt. No. 9. The Court directed Plaintiffs to file an amended complaint or to pay the required filing fee by January 8, 2019. *See id.* at 2–3. The Court made clear in its order that failure to adhere to this deadline would result in the dismissal of this action. *Id.* at 2. Because Plaintiffs did not submit an amended complaint, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 2/11/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge